# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
### 111 John Street, 22nd Floor
### New York, Nev
### Tel: (212)
### Fax: (844)
### slk@stewart

June 16, 2026

**Via ECF**
Hon. Philip M. Halpern
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Application granted in part and denied in part. The deadline to complete all discovery is extended to September 4, 2026 and the case management conference scheduled for August 26, 2026 is adjourned to October 26, 2026 at 12:00 p.m. to be held by telephone using the same dial-in instructions as the initial conference. All other provisions of the Civil Case Discovery Plan and Scheduling Order remain in effect. The Court will separately docket an order of reference to the Court-annexed mediation program.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 17, 2026

**Re:    Joint Motion for a Referral to the ADR Panel**
**Stephen Wilson v. Yonkers Public Schools**
**Case No.: 24-CV-00184 (PMH)**

Dear Judge Halpern:

Plaintiff Stephen Wilson and Defendant Yonkers Public Schools (collectively, the "Parties"), by and through their respective counsel, respectfully submit this joint motion requesting a referral to the ADR panel and temporary stay of the July 17, 2026 discovery deadline while the Parties pursue mediation through an ADR panel.

The Parties have exchanged fact and document discovery and are currently in the process of scheduling depositions. The anticipated depositions include four to five depositions on behalf of Plaintiff and one deposition on behalf of Defendant. Because the Parties are actively pursuing mediation, a temporary stay would conserve client resources and avoid substantial additional attorneys' fees and discovery-related expenses before the mediation process is completed.  This temporary stay would facilitate a settlement at this time as the substantial additional litigations costs for the parties would make a settlement less likely.

For the foregoing reasons, the Parties respectfully request that the Court grant this joint motion to refer the matter to the ADR panel for mediation and temporarily stay discovery pending completion of the ADR process.

Hon. Philip M. Halpern
June 16, 2026
Page - 2

Respectfully submitted,

STEWART LEE KARLIN
LAW GROUP, PC

_____
Stewart Lee Karlin, Esq.
*Attorneys for Stephen Wilson*
111 John Street, 22nd Floor
New York, NY 10038
(212) 792-9670
slk@stewartkarlin.com